DLD-031                                                         **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 20-3196
_____

IN RE: MARCUS WHITE,
                                                 Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to E.D. Pa. Crim. No. 2:10-cr-00420-001)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
November 13, 2020
Before:  JORDAN, KRAUSE and PHIPPS, Circuit Judges

(Opinion filed November 17, 2020)
_____

OPINION*
_____

PER CURIAM

      Marcus White has again filed a petition for a writ of mandamus in an attempt to

challenge the jurisdictional basis of his federal convictions and sentence.  For

substantially the reasons we recently set forth in In re White, 823 F. App'x 121 (3d Cir.

---

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

2020) (per curiam), the mandamus petition will be denied. White is warned that abuse of the writ of mandamus will result in the Court's consideration of sanctions.